■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS CHEVERE, Appellant. [792 NYS2d 330]—

Judgment, Supreme Court, Bronx County (William C. Donnino, J.), rendered October 8, 1999, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the

third degree, and sentencing him to concurrent terms of 4½ to 9 years and 2 to 4 years, respectively, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the sentences and remanding for resentencing, and otherwise affirmed.

The People did not file a predicate felony statement and the court never adjudicated defendant a second felony offender or second violent felony offender. Under the circumstances of the case, we conclude that a remand for resentencing is warranted in the interest of justice (*compare People v Bouyea*, 64 NY2d 1140 [1985]). We note that there is an unresolved issue as to whether defendant is a second felony offender or second violent felony offender with respect to the weapon conviction, which should be addressed at the resentencing proceeding. Concur—Mazzarelli, J.P., Andrias, Friedman, Sweeny and Catterson, JJ.